# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>WILLIAM PATRICK MITCHELL,<br><br>                    Defendant. | Case No. 1:21-cr-00090-SAG-1<br><br>Hon. Stephanie A. Gallagher |

## ENTRY OF LIMITED APPEARANCE IN A CRIMINAL CASE

To The Clerk of the Court and All Parties of Record:

      PLEASE TAKE NOTICE that I, Brian W. Stolarz, of Fox Rothschild LLP, am admitted or otherwise authorized to practice in this Court, hereby enter my appearance in this case as counsel for Defendant William Patrick Mitchell ("Defendant"), for the limited purpose of representing Defendant at the Initial Hearing scheduled for May 10, 2021.

                                                                          Respectfully submitted,

                                                                          FOX ROTHSCHILD, LLP

Dated: May 10, 2021                     By:  */s/ Brian W. Stolarz*
                                                             Brian W. Stolarz (#14269)
                                                             Fox Rothschild, LLP
                                                             1030 15th Street, NW
                                                             Suite 380 East
                                                             Washington, DC 20005
                                                             Tel: (202) 794-1224
                                                            Fax: (202) 461-3102
                                                           bstolarz@foxrothschild.com

                                                           *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Brian W. Stolarz, hereby certify that I caused the foregoing Entry of Limited Appearance in a Criminal Case to be served electronically through the electronic filing system to all counsel of record at an email address on file with the Court.

Dated:  May 10, 2021                                         */s/ Brian W. Stolarz*
                                                                               Brian W. Stolarz

320222\00001\122551152.v1