**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**CHAMBERS OF**
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**
MDD_SAGchambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7780

September 1, 2023

LETTER TO COUNSEL

   Re:   <u>U.S.A. v. William Patrick Mitchell and Wayne I. Kacher, Jr.</u>
          Criminal Case No. SAG-21-0090

Dear Counsel:

This will confirm the results the telephone conference with respect to the scheduling of the joint jury trial in this case.

A three-week jury trial has been scheduled for **May 13, 2024** at **9:30 a.m.** Trial shall be continuous including Fridays. Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **March 25, 2024**. A pretrial conference has been set for **April 30, 2024** at **9:30 a.m**.

Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

Sincerely yours,

/s/

Stephanie A. Gallagher
United States District Judge