**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE**<br>MDD_SAGchambers@mdd.uscourts.gov | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780** |

September 1, 2023

LETTER TO COUNSEL

    Re:   <u>U.S.A. v. William Patrick Mitchell</u>
           Criminal Case No. SAG-21-0090

Dear Counsel:

    This will confirm the results of the telephone conference with respect to the scheduling of the jury trial of Defendant Mitchell on the embezzlement charges.  A separate letter order will be issued for the joint trial of Mitchell and his co-defendant Wayne Kacher on the conspiracy charges.

    An eight-day jury trial has been scheduled for **July 8, 2024** at **9:30 a.m.**  Trial shall be continuous including Friday. Joint voir dire, a proposed verdict sheet, and the government's jury instructions (with a copy e-mailed to MDD_SAGchambers@mdd.uscourts.gov) and any motions in limine are due **May 3, 2024**.  A pretrial conference has been set for **June 21, 2024** at **9:30 a.m**.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed as such.

                                           Sincerely yours,

                                           /s/

                                         Stephanie A. Gallagher
                                         United States District Judge