# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM PATRICK MITCHELL, et al.,<br><br>Defendants. | Case No. 1:21-cr-00090-SAG |

**Kacher's Memorandum In Support Of Opposition**
**To Government Motion *In Limine***
**To Exclude Evidence of Qui Tam ECF 104**

This Memorandum is filed in support of the opposition of defendant Wayne I. Kacher, Jr. ("Kacher") to Government Motion *In Limine* To Exclude Evidence of Qui Tam ECF 104.

Kacher opposes the government's motion as premature. Kacher anticipates that both the prosecution and the defense will be calling witnesses who are current or former employees of Maryland Broadband. Kacher could foresee that evidence concerning the qui tam could be relevant to the direct or cross-examination of these witnesses, including on the issue of bias.

Given the government's agreement not to call qui tam plaintiff Krah Plunkert as a witness, Kacher does not anticipate that he will inquire of witnesses or offer evidence concerning the qui tam. However, developments at trial may change this view.

Kacher requests that the Court deny the government's motion without prejudice, and that the government be granted leave to renew this motion as circumstances develop at trial.

April 8, 2024                                   Respectfully Submitted

*William C. Pericak*

William C. Pericak
PericakLaw PLLC
1101 Connecticut Ave. NW Suite 450
Washington, D.C. 20036
wpericak@pericaklaw.com
202 607-5769
Bar ID: 22333