☐ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

4:40 pm, May 21 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____Deputy

| UNITED STATES OF AMERICA | * | |
| --- | --- | --- |
| | * | CRIMINAL NO. SAG-21-090 |
| v. | * | |
| | * | |
| WAYNE I KACHER, Jr. | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

**GOVERNMENT'S TRIAL EXHIBITS**

| Exhibit No. | Identification | Admitted | Date | Description |
| --- | --- | --- | --- | --- |
| 1 | 5/14/24 | 5/14/24 | 9/26/2008 | Original Cooperative Agreement |
| 2 | 5/14/24 | 5/14/24 | 6/30/2014 | MdBC Invoice to Navy for $305,500 |
| 3 | 5/14/24 | 5/14/24 | 6/30/2014 | MdBC Invoice to Navy for $128,296.27 |
| 4 | 5/14/24 | 5/14/24 | 7/31/2014 | M&T Statement with 7/30 DFAS Deposit of $433,796.27 |
| 5 | 5/14/24 | 5/14/24 | 7/30/2014 | BAU Invoice #1532 to MdBC for $115,000 |
| 6 | 5/14/24 | 5/14/24 | 7/30/2014 | BAU Invoice #1533 to MdBC for $135,000 |
| 7 | 5/14/24 | 5/14/24 | 8/1/2014 | Check from MdBC to BAU for $135,000 |
| 8 | 5/14/24 | 5/14/24 | 8/1/2014 | Check from MdBC to BAU for $115,000 |
| 9 | 5/14/24 | 5/14/24 | 8/1/2014 | BAU check to Cash for $25,000 |
| 10 | 5/14/24 | 5/14/24 | 8/1/2014 | M&T Official Check Payable to Kacher; endorsed to Mitchell |
| 11 | 5/14/24 | 5/14/24 | 8/1/2014 | Mitchell M&T 3748 Deposit Image |
| 12 | 5/14/24 | 5/14/24 | 9/9/2014 | August Check/Quickbooks Reconciliation |
| 13 | 5/14/24 | 5/14/24 | 10/29/2014 | BAU Invoice #1584 to MdBC for $58,500 |
| 14 | 5/14/24 | 5/14/24 | 10/29/2014 | BAU Invoice #1584A to MdBC for $97,500 |
| 15 | 5/14/24 | 5/14/24 | 10/29/2014 | BAU Invoice #1585 to MdBC for $275,000 |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 16 | 5/14/24 | 5/14/24 | 10/30/2014 | Check from MdBC to BAU for $58,500 |
| 17 | 5/14/24 | 5/14/24 | 10/30/2014 | Check from MdBC to BAU for $97,500 |
| 18 | 5/14/24 | 5/14/24 | 10/31/2014 | BAU Check to Cash for $20,000 |
| 19 | 5/14/24 | 5/14/24 | 10/31/2014 | M&T Official Check Payable to Kacher for $20,000; endorsed to Mitchell |
| 20 | 5/14/24 | 5/14/24 | 10/31/2014 | Mitchell Acct 3748 Deposit Image |
| 21 | 5/14/24 | 5/14/24 | 11/6/2014 | MdBC Invoice to Navy for $300,971.01 |
| 22 | 5/14/24 | 5/14/24 | 11/6/2014 | MdBC Invoice to Navy for $275,000 |
| 23 | 5/14/24 | 5/14/24 | 11/30/2014 | MdBC M&T Statement re: 11/20 DFAS Deposit of $575,971.01 and withdrawal |
| 24 | 5/14/24 | 5/14/24 | 12/4/2014 | MdBC Invoice to Navy for $1,000,000 |
| 25 | 5/14/24 | 5/14/24 | 12/11/2014 | BAU Invoice to MdBC for $240,000 |
| 26 | 5/14/24 | 5/14/24 | 12/11/2014 | BAU Invoice to MdBC for $10,000 |
| 27 | 5/14/24 | 5/14/24 | 12/11/2014 | MdBC Check to BAU for $240,000 |
| 28 | 5/14/24 | 5/14/24 | 12/11/2014 | MdBC Check to BAU for $10,000 |
| 29 | 5/14/24 | 5/14/24 | 12/11/2014 | BAU Check to Wayne Kacher for $20,000 |
| 30 | 5/14/24 | 5/14/24 | 12/11/2014 | M&T Official Check payable to Kacher for $20,000; endorsed to Mitchell |
| 31 | 5/14/24 | 5/14/24 | 12/12/2014 | Documentation of Mitchell Deposit |
| 32 | 5/14/24 | 5/14/24 | 1/13/2015 | Quickbooks Bank Reconciliation |
| 33 | 5/15/24 | 5/15/24 | 5/14/2015 | Mitchell_Kacher Text Message Chain |
| 34 | 5/14/24 | 5/14/24 | 5/15/2015 | Check from MdBC to BAU for $30,000 |
| 35 | 5/16/24 | 5/16/24 | 7/23/2015 | Mitchell_Kacher Text Message Chain |
| 36 | 5/16/24 | 5/16/24 | 7/23/2015 | Check from MdBC to BAU for $42,000 |
| 37 | | | 9/15/2015 | Mitchell_Kacher Text Message Chain |
| 38 | 5/14/24 | 5/14/24 | 9/18/2015 | MdBC Check to BAU for $22,500 |
| 39 | 5/16/24 | 5/16/24 | 10/12/2015 | Mitchell_Kacher Text Message Chain |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 40 | 5/16/24 | 5/16/24 | 10/20/2015 | Mitchell_Kacher Text Message Chain |
| 41 | 5/16/24 | 5/16/24 | 10/23/2015 | Mitchell_Kacher Text Message Chain |
| 41-A | 5/16/24 | 5/16/24 | 10/27/2015 | MDBC-Cks-to-BAU |
| 41-B | 5/16/24 | 5/16/24 | 10/28/2015 | BAU-Ck-to-Cash |
| 42 | 5/15/24 | 5/15/24 | 12/14/2015 | Mitchell_Kacher Text Message Chain |
| 43 | 5/14/24 | 5/14/24 | 12/15/2015 | Check from MdBC to BAU for $30,000 |
| 44 | 5/16/24 | 5/16/24 | 4/26/2016 | Kacher cashed BAU Check to himself |
| 45 | 5/16/24 | 5/16/24 | 4/27/2016 | Text Chain between Mitchell and Kacher re: hiding package under floor mat |
| 46 | 5/14/24 | 5/14/24 | 5/5/2016 | FNB Signature Card Account x3009 |
| 47 | | | 6/24/2016 | Text Message Chain re: Kacher asking for advance payment |
| 48 | | | 6/24/2016 | Text Message Chain from Smethurst to Mitchell re: "Your envelope came" |
| 49 | 5/14/24 | 5/14/24 | 6/24/2016 | Check from MdBC to Pro Comm for $22,500 |
| 50 | | | 7/21/2016 | Email from Kacher to Mitchell re 3 Invoices |
| 51 | 5/16/24 | 5/16/24 | 7/21/2016 | Text Message Chain re: "problem solved" |
| 52 | | | 7/21/2016 | Text Message Chain from Smethurst to Mitchell re: "Does he really need all three?" |
| 53 | 5/16/24 | 5/16/24 | 7/22/2016 | Check from MdBC to BAU for $21,192.50 |
| 54 | 5/15/24 | 5/15/24 | 8/24/2016 | Value Carpet Project Documents |
| 55 | 5/14/24 | 5/14/24 | 9/6/2016 | MdBC Invoice to Navy for $1.3 million |
| 56 | 5/14/24 | 5/14/24 | 9/14/2016 | MdBC Invoice to Navy for $2 million |
| 57 | 5/14/24 | 5/14/24 | 9/28/2016 | BAU Invoice #2045 to MdBC for $117,364.50 |
| 58 | | | 10/13/2016 | Text Message from Michell to Mitchell: "How much is Wayne going to need?" |
| 59 | 5/15/24 | 5/15/24 | 10/15/2016 | Email from Mitchell to Kacher re: my new barn estimate |
| 60 | | | 10/17/2016 | Call Log |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 61 | | | 10/17/2016 | Text Message from Kacher re: Asking for money |
| 62 | 5/15/24 | 5/15/24 | 10/17/2016 | Email from Mitchell to Michelle re BAU 9/28/16 Invoice |
| 63 | 5/15/24 | 5/15/24 | 10/17/2016 | Email from Kacher to Mitchell, Michell re BAU 350,000 Invoice |
| 64 | 5/14/24 | 5/14/24 | 10/17/2016 | BAU Invoice to MdBC for $350,000 |
| 65 | 5/14/24 | 5/14/24 | 10/17/2016 | Check from MdBC to BAU for $467,364.50 |
| 66 | 5/15/24 | 5/15/24 | 10/17/2016 | Check from BAU to Eastern Shore Pole Buildings for $21,721.80 |
| 67 | 5/15/24 | 5/15/24 | 10/18/2016 | Invoice from Easter Shore Pole Buildings |
| 68 | 5/14/24 | 5/14/24 | 10/31/2016 | MdBC M&T Statement showing 10/13 $3.3 million DFAS deposit |
| 69 | 5/14/24 | 5/14/24 | 11/1/2016 | BAU Invoice #2051 to MdBC for $150,000 |
| 70 | 5/14/24 | 5/14/24 | 11/1/2016 | BAU Invoice #2055 to MdBC for $50,000 |
| 71 | 5/15/24 | 5/15/24 | 11/1/2016 | Check from MdBC to BAU for $150,000 |
| 72 | 5/15/24 | 5/15/24 | 11/1/2016 | Check from MdBC to BAU for $50,000 |
| 73 | 5/15/24 | 5/15/24 | 11/8/2016 | Check from BAU to Peninsula Cabinets for $3,000 |
| 74 | 5/15/24 | 5/15/24 | 11/8/2016 | Check from BAU to Value Carpet for $6,800 |
| 75 | 5/15/24 | 5/15/24 | 11/18/2016 | Check from BAU to Delmarva Power Sport for $10,972.61 |
| 76 | 5/15/24 | 5/15/24 | 11/18/2016 | Check from BAU to Eastern Shore Pole Buildings for $14,687.20 |
| 77 | 5/15/24 | 5/15/24 | 11/19/2016 | Vehicle Sales Contract for Yamaha ATV |
| 78 | 5/14/24 | 5/14/24 | 11/22/2016 | BAU Invoice #2022 to MdBC for $68,311.62 |
| 79 | 5/14/24 | 5/14/24 | 11/22/2016 | BAU Invoice #2060 to MdBC for $600,000 |
| 80 | 5/14/24 | 5/14/24 | 11/22/2016 | BAU Invoice #2061 to MdBC for $75,000 |
| 81 | 5/15/24 | 5/15/24 | 11/23/2016 | Check from MdBC to BAU for $68,311.62 |
| 82 | 5/15/24 | 5/15/24 | 11/23/2016 | Check from MdBC to BAU for $600,000 |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 83 | 5/15/24 | 5/15/24 | 11/23/2016 | Check from MdBC to BAU for $75,000 |
| 84 | 5/15/24 | 5/15/24 | 12/9/2016 | Text Message Chain w Michelle: "1 mill flat?" |
| 85 | 5/15/24 | 5/15/24 | 12/9/2016 | Invoice from MdBC to Navy for $1.025 |
| 86 | 5/14/24 | 5/14/24 | 12/9/2016 | Check from MdBC to BAU for $600,000 |
| 87 | 5/14/24 | 5/14/24 | 12/9/2016 | Check from MdBC to BAU for $100,000 |
| 88 | 5/14/24 | 5/14/24 | 12/15/2016 | Check from MdBC to Pro Comm for $22,500 |
| 89 | 5/16/24 | 5/16/24 | 12/19/2016 | Text Message Chain re: "reg or double" |
| 90 | 5/14/24 | 5/14/24 | 12/22/2016 | Check from MdBC to BAU for $80,000 |
| 91 | 5/14/24 | 5/14/24 | 12/22/2016 | Check from Kacher to Kacher cashed for $5k |
| 92 | 5/16/24 | 5/16/24 | 12/23/2016 | Text Message Chain re: Kacher asking for money to build new shop |
| 93 | | | 1/12/2017 | Text Message from Mitchell to Michelle asking about how much money they have |
| 94 | | | 1/12/2017 | Text Message Chain re: Mitchell telling Kacher to send Invoice |
| 95 | 5/14/24 | 5/14/24 | 1/31/2017 | M&T Statement with 1/6 DFAS Deposit of $1,025,000 |
| 96 | | | 1/13/2017 | Email from Kacher with BAU Invoice to MdBC for $300,000 |
| 97 | | | 1/13/2017 | Email from Kacher BAU Invoice to MdBC for $12,500 |
| 98 | 5/14/24 | 5/14/24 | 1/13/2017 | Check from MdBC to BAU for $300,000 |
| 99 | 5/14/24 | 5/14/24 | 1/13/2017 | Check from MdBC to BAU for $12,500 |
| 100 | 5/14/24 | 5/14/24 | 2/8/2017 | MdBC Invoice to Navy for $1,665,127.00 |
| 101 | | | 2/16/2017 | Text Message from Kacher to Mitchell asking for money |
| 102 | | | 2/16/2017 | Text Message from Mitchell to Michelle re: how much pax do we have "Wayne need payroll" |
| 103 | 5/14/24 | 5/14/24 | 2/17/2017 | Check from MdBC to BAU for $100,000 |

5

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 104 | 5/14/24 | 5/14/24 | 3/7/2017 | Check to BAU from MdBC for $670,700 |
| 105 | 5/14/24 | 5/14/24 | 3/31/2017 | MdBC M&T Statement re: DFAS Deposit of $1,665,127 on 3/6 |
| 106 | | | 4/14/2017 | Email from Suzanne Maxa-Albers to Kacher re: payment for drill |
| 107 | 5/16/24 | 5/16/24 | 4/14/2017 | Email from Kacher to Mitchell forwarding Maxa-Albers email |
| 108 | 5/15/24 | 5/15/24 | 4/14/2017 | BAU Invoice #2207 to MdBC for $135,000 |
| 109 | 5/15/24 | 5/15/24 | 4/17/2017 | Text Message from Kacher to Mitchell asking for $500k |
| 110 | | | 4/19/2017 | Email from Maxa-Albers to Kacher re: payment for drill |
| 111 | 5/15/24 | 5/15/24 | 4/20/2017 | Text Message from Mitchell to Michelle re: needs 500k, "relax" |
| 112 | 5/15/24 | 5/15/24 | 4/20/2017 | Email from Kacher to Mitchell re: payoff of drill $133k |
| 113 | 5/15/24 | 5/15/24 | 4/21/2017 | BAU Invoice #2160 to MdBC for $497,000 |
| 114 | 5/15/24 | 5/15/24 | 4/21/2017 | Check from MdBC to BAU for $497,000 |
| 115 | 5/15/24 | 5/15/24 | 4/26/2017 | Text Message chain re: paying for John Deere |
| 116 | 5/15/24 | 5/15/24 | 4/26/2017 | Text Message chain re: paying for drill |
| 117 | 5/15/24 | 5/15/24 | 4/27/2017 | Text Message Mitchell asking Michelle to deposit $135,000 |
| 118 | 5/14/24 | 5/14/24 | 4/27/2017 | Check from from MdBC to BAU for $135,000 |
| 119 | 5/20/24 | 5/20/24 | 5/5/2017 | Email from Kacher to Argentino re: payoff of drill |
| 120 | 5/15/24 | 5/15/24 | 5/19/2017 | Text Message Kacher asking Mitchell for capital to start WV job |
| 121 | 5/15/24 | ID ONLY | 5/22/2017 | Text Message Mitchell to Michelle re: repayment of $135k |
| 122 | 5/16/24 | 5/16/24 | 5/22/2017 | Text Message chain re: Deere payment |
| 123 | 5/15/24 | 5/15/24 | 5/23/2017 | Check from MdBC to Pro Comm for $112,500 |

6

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 124 | 5/16/24 | 5/16/24 | 5/25/2017 | Mitchell and Kacher Text Message chain re: Fedex "sending 5" |
| 125 | 5/15/24 | 5/15/24 | 5/26/2017 | John Deere Finance Account Printout showing Payment |
| 126 | 5/15/24 | ID ONLY | 6/29/2017 | Text Message from Michelle to Mitchell re: repayment of $135k |
| 127 | 5/15/24 | ID ONLY | 8/16/2017 | Text Message from Michell to Mitchell re: invoice for $135k |
| 128 | | | 10/15/2017 | Bribery/Kickback Text w Beavers |
| 129 | | | 10/17/2017 | Email from V. Argentino to John at ProComm re: Kickback/bribery press |
| 130 | 5/15/24 | ID ONLY | 11/9/2017 | Text Message from Michelle to Mitchell re: "What about the $135,000" |
| 131 | 5/15/24 | 5/15/24 | 11/9/2017 | Audit Trail for $135k payment |
| 132 | | | 3/14/2018 | Text Message from Michelle to Mitchell "Did you just purchase another vehicle" |
| 133 | | | 5/1/2018 | Email from Mitchell to Kacher attaching Letter of Recommendation |
| 134 | 5/16/24 | 5/16/24 | 5/11/2018 | Cashed Check |
| 135 | 5/16/24 | 5/16/24 | 5/11/2018 | Text Message from Kacher to Mitchell re: "Double" |
| 136 | | | 6/27/2018 | Text Message from Michelle to Mitchell re: what to do with 10k |
| 137 | 5/14/24 | 5/14/24 | 6/29/2018 | Check from BAU to MdBC for $10k |
| 138 | 5/16/24 | 5/16/24 | 7/6/2018 | Text Message from Kacher to Mitchell re: discount invoice and "double" |
| 139 | 5/14/24 | 5/14/24 | 7/12/2018 | Check from MdBC to Pro Comm for $81,000 |
| 140 | | | 8/20/2018 | Text Message from Michelle to Mitchell "did you buy another f150" |
| 141 | 5/16/24 | 5/16/24 | 9/20/2018 | Text Message chain re: "don't say where you got truck from" |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 142 | | | 11/14/2018 | Text Message from Michelle to Mitchell re: Wayne not paying for F450 |
| 143 | 5/16/24 | 5/16/24 | 12/18/2018 | Voicemail From Kacher to Mitchell |
| 143-A | 5/16/24 | 5/16/24 | 12/18/2018 | Kacher Phone Log |
| 144 | 5/15/24 | 5/15/24 | 1/28/2019 | Check from BAU to MdBC for $5,600 re: Truck F-450 |
| 145 | 5/14/24 | 5/14/24 | 07/07/2021 | Final Mod Cooperative Agreement |
| 145-A | 5/14/24 | 5/14/24 | | Cooperative Agreement Modification |
| 146 | | | 4/27/2016 | MDBC-Ck-to-Larry-Tawes |
| 147 | 5/14/24 | 5/14/24 | 9/14/2016 | Bel Air Invoice_ |
| 148 | 5/15/24 | 5/15/24 | 9/15/2016 | Check from MdbC to BAU_ |
| 149 | 5/14/24 | 5/14/24 | 9/15/2016 | Check to Coastal and Title Co_ |
| 150 | 5/14/24 | 5/14/24 | 9/2016 | FNB-Acct-3009-Stmt_ |
| 151 | 5/15/24 | 5/15/24 | 9/16/2016 | Kacher and Mitchell Text Messages_ |
| 152 | | | 5/27/2015 | Mitchell and Kacher Text Messages |
| 153 | 5/15/24 | 5/15/24 | 11/15/2016 | Kacher and Albers Text Messages (New Exhibit) |
| 154 | 5/15/24 | 5/15/24 | 11/18/2016 | Kacher and Albers Text Messages (New Exhibit) |
| 155 | | | 12/09/2016 | Kacher and Albers Text Messages (New Exhibit) |
| 156 | | | 3/14/2017 | Kacher and Albers Text Messages(New Exhibit) |
| 157 | | | | Kacher and Albers Text Messages(New Exhibit) |
| 158 | 5/14/24 | 5/14/24 | 12/9/16 | Kacher and Albers Text Messages(New Exhibit) |
| 159 | 5/14/24 | 5/14/24 | 5/6/17 | Email to Kacher from Rodney Spring |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 160 | 5/16/24 | 5/16/24 | | Invoice sequencing |
| 161 | 5/16/24 | 5/16/24 | | PAX Naval Station Wire |
| 162 | 5/16/24 | 5/16/24 | | Hicks * Mitchell email |
| 163 | 5/20/24 | 5/20/24 | | |
| 164 | 5/20/24 | 5/20/24 | | Email – J Ross to Pat Mitchell 7/23/14 |
| 165 | | | 8/8/14 | G4S MdBC Meeting |
| 166 | | | 8/13/14 | FW Bay Crossing (Spring and Assoc) |
| 167 | 5/20/24 | 5/20/24 | | Email – Misty Stine (G42) to Pat Mitchell 9/5/14 |
| 168 | | | 9/17/14 | Drilling big in word |
| 169 | 5/20/24 | 5/20/24 | | Email – Pat Mitchell to DEF 9/17/14 |
| 170 | 5/20/24 | 5/20/24 | | Email – Pat Mitchell to DEF 9/17/14 |
| 171 | 5/20/24 | 5/20/24 | | Email - Pat Mitchell to DEF 9/26/14 |
| 172 | 5/20/14 | 5/20/14 | | Email – Pat Mitchell to DEF 9/26/14 |
| 173 | | | 10/24/14 | Pro Comm Articles of Org |
| 174 | | | 10/29/14 | Pro Comm invoice |
| 175 | 5/20/24 | 5/20/24 | | Email – Pat Mitchell to DEF 10/30/14 |

| Exhibit No. | Identification | Admitted | Date | Description |
|---|---|---|---|---|
| 177 | 5/20/24 | 5/20/24 | | Memo NB&C 7/23/15 – ProComm bid |
| 178 | 5/20/24 | 5/20/24 | | Email – Pat Mitchell to DEF 8/5/15 |
| 179 | 5/20/24 | 5/20/24 | | Email – DEF to Michael Hicks 9/12/16 |
| 180 | | | 9/14/16 | FW Scan from Bel Air Underground |
| 181 | | | 8/1/17 | Contract |
| 182 | | | | BAU Approach File |
| 183 | 5/20/24 | 5/20/24 | | Email – DEF to Glen Kacher 1/28/16 |
| 184 | | | 12/22/14 | BAU invoice 1604 to MdBC for $730,000 |
| 185 | | | 7/31/14 | BAU Lump Sum pricing MdBC |
| 200 | 5/14/24 | 5/14/24 | 4/27/2016 | Network Map from MdBC Website |
| 201 | 5/14/24 | 5/14/24 | UNDATED | Kacher Cashier's Check Bundle |
| 202 | 5/16/24 | 5/16/24 | UNDATED | Picture of Pole Barn |
| 203 | 5/15/24 | 5/15/24 | UNDATED | BAU Overdraft Summary |
| 204 | 5/15/24 | 5/15/24 | UNDATED | BAU Income Loss Summary |
| 205 | | | UNDATED | MDBC Revenue Summary |
| 206 | 5/15/24 | 5/15/24 | UNDATED | BAU Revenue from MdBC |
| 207 | 5/15/24 | 5/15/24 | UNDATED | Total Payments |
| 208 | 5/15/24 | 5/15/24 | UNDATED | August 2014 Tracing |
| 209 | 5/15/24 | 5/15/24 | UNDATED | October 2014 Tracing |
| 210 | 5/15/24 | 5/15/24 | UNDATED | November 2014 Loan Repayment |

| | | | | |
|---|---|---|---|---|
| **211** | 5/15/24 | 5/15/24 | UNDATED | December 2014 Tracing |
| **212** | 5/15/24 | 5/15/24 | UNDATED | December 2014 Loan Repayment |
| **213** | 5/15/24 | 5/15/24 | UNDATED | October 2016 Tracing |
| **214** | 5/15/24 | 5/15/24 | UNDATED | November 2016 Tracing |
| **215** | | | UNDATED | October 17, 2016 Flow Chart |
| **216** | 5/15/24 | 5/15/24 | UNDATED | BAU Payments related to Pylesville Property_ |
| **217** | 5/15/24 | 5/15/24 | UNDATED | Kacher Boat Picture_ |
| **218** | | | UNDATED | Pylesville House Photo |
| **219** | | | UNDATED | Kacher 302 |
| 220 | 5/15/24 | 5/15/24 | | Agent Bender summary chart May 16-March 18 |
| 221 | 5/15/24 | 5/15/24 | 11/18/16 | Photo of Wayne Kacher's house |
| 222 | 5/16/24 | 5/15/24 | | Call log record for Mitchell iPad |
| 223 | 5/16/24 | 5/16/24 | | John Deere Picture |
| | | | | |
| | | | | |