☐ FILED ☐ ENTERED
☐ LOGGED ☐ RECEIVED

4:41 pm, May 21 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | | |
| | ) | | |
| v. | ) | No. | SAG-21-cr-0090 |
| | ) | | |
| **WAYNE I. KACHER, JR.,** | ) | | |
| | ) | | |
| **Defendant** | ) | | |
| | ) | | |

## DEFENSE EXHIBIT LIST

| Exhibit # | Description | Identified | Admitted |
|---|---|---|---|
| 300 | *Intentionally Left Blank* | | |
| 301 | Jan 10 - March 14, 2014 emails | 5/14/24 | 5/14/24 |
| 302 | June 25, 2014 email | | |
| 303 | September 23, 2014 email | 5/14/24 | 5/14/24 |
| 304 | April 21, 2014 email | 5/14/24 | 5/14/24 |
| 305 | November 18, 2014 email | 5/14/24 | 5/14/24 |
| 306 | September 9, 2014 email | | |
| 307 | December 10, 2014 email | | |
| 308 | September 5, 2014 Email and Final Draft Bay Crossing Contract | 5/14/24 | 5/14/24 |
| 309 | January 11, 2016 MdBC Letter | | |
| 310 | January 28, 2016 email | 5/20/24 | 5/20/24 |
| 311 | September 2, 2016 Amendment Contract N00421-08-2-0001 | 5/14/24 | 5/14/24 |
| 312 | August 13, 2018 email | | |
| 313 | Chart Summary BAU of Income | 5/16/24 | 5/16/24 |
| 314 | Chart Tracing August 1, 2014 payment – G Ex 204 | 5/16/24 | 5/16/24 |
| 315 | Chart Tracing October 31, 2014 payment – G Ex 208 | 5/16/24 | 5/16/24 |
| 316 | Chart Tracing December 11, 2014 payment G Ex 211 | 5/16/24 | 5/16/24 |

| Exhibit # | Description | Identified | Admitted |
|---|---|---|---|
| 317 | Chart BAU October 17, 2016 payment – G Ex 213 | 5/16/24 | 5/16/24 |
| 318 | Chart BAU of payments – G Ex 214 | 5/16/24 | 5/16/24 |
| 318-A | Chart April 21, 2017 payment | 5/16/24 | 5/16/24 |
| 319 | Chart October 17, 2016 payment – G Ex 215 | | |
| 320 | Taylors Island Folder | 5/14/24 | 5/14/24 |
| 320-A | July 31, 2014 BAU lump sum pricing Cambridge | 5/14/24 | 5/14/24 |
| 321 | Bay Approach Folder | 5/14/24 | 5/14/24 |
| 321-A | September 17, 2014 BAU lump sum pricing Bay Crossing | 5/14/24 | 5/14/24 |
| 321-B | September 26, 2017 email BAU proposal Bay Approach | 5/14/24 | 5/14/24 |
| 322 | Cove Point Folder | 5/14/24 | 5/14/24 |
| 323-A | September 17, 2014 BAU lump sum pricing Bay crossing | 5/14/24 | 5/14/24 |
| 323-B | September 26, 2017 email BAU proposal Western shore | 5/14/24 | 5/14/24 |
| 324 | Indian Head Folder | 5/14/24 | 5/14/24 |
| 324-A | March 11, 2016 BAU lump sum pricing Indian Head | 5/14/24 | 5/14/24 |
| 325 | Route 404 Relocation Folder | 5/14/24 | 5/14/24 |
| 325-A | March 30, 2016 BAU Estimate | 5/14/24 | 5/14/24 |
| 326 | September 2014 BAU checks | 5/14/24 | 5/14/24 |
| 326-A | Feb – March 2015 BAU checks | 5/14/24 | 5/14/24 |
| 326-B | Nov 2015 BAU checks | 5/14/24 | 5/14/24 |
| 327 | September 25, 2015 Facebook post | | |
| 328 | April 27, 2016 Texts and photo | | |
| 329 | June 2016 texts | | |
| 330 | Facebook video | | |
| 331 | March 11, 2017 Facebook post | | |
| 332 | May-June 2017 texts | | |
| 333 | Photo in pole barn | | |
| 334 | Delmarva Power Sports documents | | |

| Exhibit # | Description | Identified | Admitted |
|---|---|---|---|
| 335 | July 17, 2014 Spring Associates – mobilization | 5/14/24 | 5/14/24 |
| 336 | August 12, 2014 Spring Associates bid | 5/14/24 | 5/14/24 |
| 337 | August 13, 2014 Bay Crossing | 5/14/24 | 5/14/24 |
| 338 | December 9, 2014 Spring Associates worksheet | 5/14/24 | 5/14/24 |
| 339 | September 28, 2016 Spring Associates | 5/14/24 | 5/14/24 |
| 340 | November 18, 2016 Authority Letter for Crofton | 5/14/24 | 5/14/24 |
| 341 | December 12, 2016 Spring Associates worksheet | 5/14/24 | 5/14/24 |
| 342 | December 20, 2016 Spring Associates worksheet | 5/14/24 | 5/14/24 |
| 343 | MdBC payments to BAU | 5/14/24 | 5/14/24 |
| 343-A | Calculation of payments | 5/14/24 | 5/14/24 |
| 344 | July 30, 2014 email and Inv #1532 | 5/14/24 | 5/14/24 |
| 345 | July 30, 2014 email and Inv #1533 | 5/14/24 | 5/14/24 |
| 346 | August 9, 2014 Taylors Island Invoices 1536, 1537, 1537A | 5/14/24 | 5/14/24 |
| 346-A | Invoice calculation table | 5/20/24 | 5/20/24 |
| 347 | Note re invoiced / left to invoice | 5/20/24 | 5/20/24 |
| 348 | Route 220 Cumberland MD folder | | |
| 348-A | August 28, 2014 BAU Invoice#1544 | 5/14/24 | 5/14/24 |
| 349 | Salisbury Emergency Folder | 5/14/24 | 5/14/24 |
| 349-A | September 2, 2014 email from Kyle Richards re: Invoice #1547 | 5/14/24 | 5/14/24 |
| 350 | *Intentionally Left Blank* | | |
| 351 | October 5, 2014 email and invoice 1555, 1555A | 5/14/24 | 5/14/24 |
| 352 | October 29, 2014 email and invoice 1584, 1584A | 5/14/24 | 5/14/24 |
| 352-A | Invoice calculation table | 5/20/24 | 5/20/24 |
| 353 | Note re invoiced / left | 5/20/24 | 5/20/24 |
| 354 | October 29, 2014 email and invoice 1585 | 5/14/24 | 5/14/24 |
| 355 | December 11, 2014 email and invoices 1555 and 1555A | 5/14/24 | 5/14/24 |
| 356 | Email and March 30,2016 BAU Invoice #1938 | 5/14/24 | 5/14/24 |

3

| Exhibit # | Description | Identified | Admitted |
|---|---|---|---|
| 357 | Email and April 14, 2016 BAU Invoice #1946 | 5/14/24 | 5/14/24 |
| 358 | Email and June 28, 2016 BAU Invoice #1984 | 5/14/24 | 5/14/24 |
| 359 | August 23, 2016 BAU Invoice #2022 | 5/14/24 | 5/14/24 |
| 360 | November 22, 2016 email from Kyle Richards Invoice #2022 | 5/14/24 | 5/14/24 |
| 360-A | Invoice calculation table | 5/20/24 | 5/20/24 |
| 361 | September 28, 2016 BAU Invoice #2045 | 5/14/24 | 5/14/24 |
| 362 | April 21, 2017 BAU Invoice #2160 | 5/14/24 | 5/14/24 |
| 363 | MdBC Check #4794 | 5/14/24 | 5/14/24 |
| 363-A | M&T Bank Business Certification | 5/14/24 | 5/14/24 |
| 363-B | M&T Bank Statement BAU October 2016 | 5/14/24 | 5/14/24 |
| 364 | M&T Bank Statement BAU October 2016 | 5/14/24 | 5/14/24 |
| 364-A | BAU Check October 19, 2016 Check #25314 | 5/14/24 | 5/14/24 |
| 365 | First National Bank of Pennsylvania Business Certification | 5/14/24 | 5/14/24 |
| 365-A | Bank Statement October 2016 Account ending -3009 | 5/14/24 | 5/14/24 |
| 365-B | Copy of Deposit | 5/14/24 | 5/14/24 |
| 365-C | Copy of Debit receipt | 5/14/24 | 5/14/24 |
| 365-D | Bank Statement May 2016 Account ending -3009 | 5/14/24 | 5/14/24 |
| 366 | Ex E-4 A chart of E-1, E-2, E-3 showing source of $21,721.50 to Eastern Shore Pole Building | | |
| 367 | ==M&T Bank Business Certification== | | |
| 367-A | M&T Bank Statement BAU November 2016 account ending -8534 | 5/14/24 | 5/14/24 |
| 367-B | MdBC Check# 1015 November 1, 2016 | 5/14/24 | 5/14/24 |
| 367-C | Check payable to BAU | 5/14/24 | 5/14/24 |
| 367-D | Check payable to BAU | 5/14/24 | 5/14/24 |
| 367-E | Check payable to BAU | 5/14/24 | 5/14/24 |
| 367-F | Check payable to BAU | 5/14/24 | 5/14/24 |
| 367-G | Check payable to BAU | 5/14/24 | 5/14/24 |
| 367-H | MdBC Check to BAU November 23, 2015 Check #1025 | 5/14/24 | 5/14/24 |

| Exhibit # | Description | Identified | Admitted |
|---|---|---|---|
| 368 | M&T Bank Statement BAU November 2016 account ending -9065 | 5/14/24 | 5/14/24 |
| 368-A | Check payable to BAU | 5/14/24 | 5/14/24 |
| 368-B | Check payable to BAU | 5/14/24 | 5/14/24 |
| 368-C | MdBC Check to BAU November 23, 2016 Check #1023 | 5/14/24 | 5/14/24 |
| 369 | First National Bank of Pennsylvania Business Certification | 5/14/24 | 5/14/24 |
| 369-A | First National Bank of Pennsylvania Statement BAU November 2016 Account ending -4207 | 5/14/24 | 5/14/24 |
| 369-B | Copy of Deposit | 5/14/24 | 5/14/24 |
| 370 | First National Bank of Pennsylvania Statement BAU November 2016 Account ending -3009 | 5/14/24 | 5/14/24 |
| 370-A | Copy of Deposit | 5/14/24 | 5/14/24 |
| 370-B | Copy of Debits | 5/14/24 | 5/14/24 |
| 371 | First National Bank of Pennsylvania Business Certification | 5/14/24 | 5/14/24 |
| 371-A | First National Bank of Pennsylvania Statement BAU April 2017 Account ending -4207 | 5/14/24 | 5/14/24 |
| 371-B | Copy of Deposit | 5/14/24 | 5/14/24 |
| 371-C | Copy of Deposit | 5/14/24 | 5/14/24 |
| 371-D | Copy of Deposit | 5/14/24 | 5/14/24 |
| 371-E | Copy of Deposit | 5/14/24 | 5/14/24 |
| 371-F | Copy of Deposit | 5/14/24 | 5/14/24 |
| 371-G | Copy of Debits | 5/14/24 | 5/14/24 |
| 372 | First National Bank of Pennsylvania Statement BAU April-May 2017 Account ending -4207 | 5/14/24 | 5/14/24 |
| 372-A | Copy of Deposit | 5/14/24 | 5/14/24 |
| 372-B | Copy of Deposit | 5/14/24 | 5/14/24 |
| 372-C | Copy of Deposit | 5/14/24 | 5/14/24 |
| 373 | LAI Construction Invoices 8625, 8623, 8639, 8648 | 5/14/24 | 5/14/24 |
| 374 | September 11, 2014 email from F. Dialoiso re: Locating | | |
| 375 | November 19, 2014 email from Kacher re No Show Report | | |

| Exhibit # | Description | Identified | Admitted |
|---|---|---|---|
| 376 | Pro Comm Invoices 2, 3009, 3017, 33018, 3024 | 5/14/24 | 5/14/24 |
| 377 | Albers emails | | |
| 378 | Feb 2 2016 Article | | |
| 379 | June 2016 – Aug 2017 BAU Invoices to Whiting and Turner / FTS | 5/20/24 | 5/20/24 |
| 380-A | Sept 22 2016 email re Pro Comm locating for Crown Castle | | |
| 380-B | May 26 2017 email Crown Castle locating | | |
| 381 | Article | | |
| 381-A | Photo of Kyle Kacher holding a fish | 5/20/24 | 5/20/24 |
| 382 | Photo of group on boat | 5/20/24 | 5/20/24 |
| | | | |
| | | | |
| | | | |

Respectfully submitted,

        /s/
William C Pericak
PericakLaw PLLC
1101 Connecticut Ave. NW, Suite 450
Washington, DC 20036
202-607-5769
Email: wpericak@pericaklaw.com
Counsel for Wayne I. Kacher, Jr.