UNITED STATES OF AMERICA

vs.

WAYNE KACHER JR.

✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

4:56 pm, May 21 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____Deputy

**Civil No. SAG-21-90**                                                       **Court Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 5/14/24 | 5/14/24 | **Stipulation No. 1** |
| 2 | 5/21/24 | 5/21/24 | **Jury note 1** |
| 3 | 5/21/24 | 5/21/24 | **Judge's note to jury with response** |
| 4 | 5/21/24 | 5/21/24 | **Jury note 2** |