IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA<br><br>v.<br><br>WAYNE I. KACHER,<br><br>Defendant. | Case No. 1:21-cr-00090-SAG |
|---|---|

## VERDICT FORM

USDC- BALTIMORE
'24 MAY 21 PM5:44

**COUNT ONE** (Conspiracy to commit offenses against the United States, from July 2014 until 2018, namely, to commit violations of 18 U.S.C. § § 1343 and 1346 (Honest Services Wire Fraud) and 18 U.S.C. § 666 (Federal Program Bribery) and to effect the object of the conspiracy, one of the members of the conspiracy did commit one or more of the overt acts specified in the instructions.)

What is your verdict as to Count One of the Superseding Indictment?

GUILTY __✓__          NOT GUILTY _____

**COUNT THREE** (Honest Services Wire Fraud related to a wire transaction that occurred on September 6, 2016)

What is your verdict as to Count Three of the Superseding Indictment?

GUILTY __✓__          NOT GUILTY _____

**COUNT FOUR** (Honest Services Wire Fraud related to a wire transaction that occurred on September 14, 2016)

What is your verdict as to Count Four of the Superseding Indictment?

GUILTY __✓__          NOT GUILTY _____

**COUNT FIVE** (Honest Services Wire Fraud related to a wire transaction that occurred on October 13, 2016)

What is your verdict as to Count Five of the Superseding Indictment?

GUILTY __✓__          NOT GUILTY _____

**COUNT SIX (Honest Services Wire Fraud related to a wire transaction that occurred on February 8, 2017)**

What is your verdict as to Count Six of the Superseding Indictment?

GUILTY ✓          NOT GUILTY _____

**COUNT SEVEN (Honest Services Wire Fraud related to a wire transaction that occurred on March 6, 2017)**

What is your verdict as to Count Seven of the Superseding Indictment?

GUILTY ✓          NOT GUILTY _____

**COUNT FIFTEEN (Federal Program Bribery – Payment to Eastern Shore Pole Buildings for $21,721.80 on October 17, 2016)**

What is your verdict as to Count Fifteen of the Superseding Indictment?

GUILTY ✓          NOT GUILTY _____

**COUNT SIXTEEN (Federal Program Bribery – Payment to Peninsula Cabinets for $3,000 on November 8, 2016)**

What is your verdict as to Count Sixteen of the Superseding Indictment?

GUILTY ✓          NOT GUILTY _____

**COUNT SEVENTEEN (Federal Program Bribery – Payment to Value Carpet for $6,800 on November 8, 2016)**

What is your verdict as to Count Seventeen of the Superseding Indictment?

GUILTY ✓          NOT GUILTY _____

**COUNT EIGHTEEN (Federal Program Bribery – Payment to Delmarva Power Sports for $10,972.61 on November 18, 2016)**

What is your verdict as to Count Eighteen of the Superseding Indictment?

GUILTY ✓          NOT GUILTY _____

**COUNT NINETEEN (Federal Program Bribery – Payment to Eastern Shore Pole Buildings for $14,697.20 on November 18, 2016)**

What is your verdict as to Count Nineteen of the Superseding Indictment?

GUILTY ✓   NOT GUILTY _____

**COUNT TWENTY (Federal Program Bribery – Payment to John Deere Financial for $15,215.75 on May 26, 2017)**

What is your verdict as to Count Twenty of the Superseding Indictment?

GUILTY ✓   NOT GUILTY _____

Upon my oath, the foregoing constitutes the unanimous verdict of the jury.

Signed this 21 day of MAY, 2024:

██████████

JURY FOREPERSON