IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. Case No. SAG-21-0090 |
| WAYNE I KACHER, JR. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

It is, this 4th day of June, 2024, hereby ORDERED that Defendant Kacher's Motions (1) Pursuant to Fed. R. Crim. P. 29 for a Judgment of Acquittal, (2) Pursuant to Fed. R. Crim. P. 33 for a New Trial, and (3) for an Extension of Time is granted in part. The deadline to submit the memorandum in support of these motions, ECF 185, is extended to **July 15, 2024**.

/s/
Stephanie A. Gallagher
United States District Judge