==================================================================

# UNITED STATES DISTRICT COURT
## -----------------DISTRICT OF MARYLAND---------------

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Case No.: SAG-21-090 |
| **WILLIAM PATRICK MITCHELL** | * | |

### MOTION TO WITHDRAW AS COUNSEL

To the Clerk of the Court and all parties of record:

Please withdraw the appearance of Ned Smock, Assistant Federal Public Defender, as counsel for William Patrick Mitchell in the above-referenced matter.

                                    JAMES WYDA
                                    Federal Public Defender

<u>June 14, 2024</u>                    <u>        /s/                  </u>
Date                            NED SMOCK, #809226
                                  Assistant Federal Public Defender
                                  Office of the Federal Public Defender
                                  6411 Ivy Lane, Suite 710
                                  Greenbelt, Maryland 20770-1405
                                  Phone: (301) 344-0600
                                  Fax: (301) 344-0019
                                  Email: ned_smock@fd.org